UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LOLA G. BARRON,**      Plaintiff,  vs.  **DELTA AIRLINES, INC. et al.**      Defendants. | **Case No. 1:20-cv-4622-JPB-CMS** |

**DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO STAY CASE**

Defendant Delta Air Lines, Inc. respectfully opposes Plaintiff Lola Barron's Motion to Stay this case.  [Dkt. No. 52]

On March 3, 2021, Magistrate Judge Salinas issued a Final Report and Recommendation ("R&R") recommending that this case be dismissed because, after multiple opportunities, Plaintiff was unable to file anything other than a shotgun pleading.  [Dkt. No. 49]  As Judge Salinas correctly noted, even after being given clear instructions and multiple opportunities to file a proper complaint, she filed a second amended complaint against Delta and scores of individual current and former employees of Delta that was 39-pages long, that was "replete was conclusory, vague and immaterial facts," and that did not even make clear

what claims were being asserted against which Defendants. [Id., pp. 2-4] Under the controlling Eleventh Circuit law cited by Judge Salinas in her prior Orders and referenced in the R&R, dismissal is appropriate and Judge Salinas' recommendation is therefore properly adopted as the Order of this Court.

Plaintiff did not file any objection to the R&R under 28 U.S.C. § 636 -- or indeed file anything at all within the 14-day time limit set for objections. However, on March 22, 2021, she filed a Motion to Stay seeking to stay all deadlines in this case to allow for an "investigation of possible corruption between [Delta] and the office of the EEOC." [Dkt. No. 52, p. 5] (Plaintiff asserts such "corruption" because she disagrees with certain EEOC findings made in the case.)

Putting aside the implausible and unsupported suggestion of "corruption," Plaintiff's claims have nothing whatsoever to do with the basis for Judge Salinas' recommendation set forth in the R&R or otherwise suggest that there should be any stay of this case.

For this reason, Delta respectfully opposes the Motion to Stay and requests that the R&R be adopted of the Order of this Court and that this case be dismissed.

                                          Respectfully submitted,

                                          s/Thomas J. Munger
                                          Georgia Bar No. 529609

                                          s/Benjamin A. Stone
                                          Georgia Bar No. 683850

MUNGER & STONE, LLP
999 Peachtree Street, N.E.
Suite 2850
Atlanta, Georgia 30309
Telephone: (404) 815-0934
Facsimile:  (404) 815-4687
E-mail:  ben.stone@mungerandstone.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1B

Respectfully submitted,

s/Benjamin A. Stone
Georgia Bar No. 683850

MUNGER & STONE, LLP
999 Peachtree Street, NE
Suite 2850
Atlanta, Georgia 30309
Telephone: (404) 815-1884
Facsimile: (404) 815-4687
E-mail:  ben.stone@mungerandstone.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LOLA G. BARRON,**<br><br>　　　Plaintiff,<br><br>vs.<br><br>**DELTA AIRLINES, INC. et al.**<br><br>　　　Defendants. | Case No. 1:20-cv-4622-JPB-CMS |

## CERTIFICATE OF SERVICE

This is to certify that I have this 1st day of April, 2021 served the foregoing **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY CASE** by U.S. Mail with proper postage affixed to pro se Plaintiff at the following address:

Lola Barron
P.O. Box 92421
Atlanta, Georgia 30314

　　　　　　　　　　　　　　　　　s/Benjamin A. Stone
　　　　　　　　　　　　　　　　　Georgia Bar No. 683850